598

443 A.2d 390

Commonwealth v. Cobbs, Appellant.

Submitted November 14, 1980. David G. Metinko, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WIEAND and JOHNSON, JJ.

The judgment of sentence is affirmed.

443 A.2d 391

Commonwealth v. Dowling, Appellant.

Submitted February 3, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Judgment of sentence affirmed.